William E. Peterson (NV Bar 1528)
Wayne Klomp, Esq. (NV Bar 10109)
C. Thomas Burton, Jr., Esq. (NV Bar 3030)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
　　　　wklomp@swlaw.com
　　　　tburton@swlaw.com
*Attorneys for Plaintiff ShieldIO, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIELDIO, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SIMON I. BAIN, an individual,<br><br>　　　　　Defendant. | Case No. 3:19-cv-700-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO SIMON I. BAIN'S MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff ShieldIO, Inc. ("ShieldIO") and Defendant Simon I. Bain ("Bain"), through their counsel, hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1 extending the time for ShieldIO to respond to Bain's motion to dismiss complaint (ECF No. 7) otherwise due December 27, 2019. The Parties request that the time be extended to January 27, 2020.

The Parties are currently involved in settlement discussions. Therefore, the stipulation and extension are made by the Parties in good faith for the benefit of each. The stipulation is made for the benefit of the Parties and the Court and not for any deleterious purposes nor to delay these proceedings.

Dated: December 19, 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Matthew D. Francis*
    Matthew D. Francis (NV Bar 6978)
    Arthur A. Zorio (NV Bar 6547)
    5371 Kietzke Lane
    Reno, NV 89511

KNOWMAD LAW
Christopher R. McElwain (CA Bar 289132)
*Pro hac vice to be submitted*
484 Washington St., B-313
Monterey, CA 93940

*Attorneys for Defendant Simon Bain*

Dated: December 19, 2019

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
    William E. Peterson (NV Bar 1528)
    C. Thomas Burton, Jr. (NV Bar 3030)
    Wayne Klomp, Esq. (NV Bar 10109)
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501-1961

*Attorneys for Plaintiff ShieldIO, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2019

STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO SIMON I. BAIN'S MOTION TO DISMISS COMPLAINT