William E. Peterson (NV Bar 1528)
Wayne Klomp, Esq. (NV Bar 10109)
C. Thomas Burton, Jr., Esq. (NV Bar 3030)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
       wklomp@swlaw.com
       tburton@swlaw.com
*Attorneys for Plaintiff ShieldIO, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIELDIO, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON I. BAIN, an individual,<br><br>Defendant. | Case No. 3:19-cv-700-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO SIMON I. BAIN'S MOTION TO DISMISS COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff ShieldIO, Inc. ("ShieldIO") and Defendant Simon I. Bain ("Bain"), through their counsel, hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1 extending the time for ShieldIO to respond to Bain's motion to dismiss complaint (ECF No. 7) otherwise due January 27, 2020. The Parties previously stipulated to an extension of time, which the court granted, extending the deadline from December 27, 2019 to January 27, 2020. The Parties request that the time be extended to February 26, 2020.

The Parties continue to engage in good faith settlement discussions. However, the Parties have not yet settled on final terms due to the technical nature of the subject matter in suit. Additionally, the Parties were delayed in their settlement efforts by the intervening Holiday Season. Therefore, the stipulation and extension are made by the Parties in good faith for the benefit of each. The stipulation is made for the benefit of the Parties and the Court and not for any deleterious purposes nor to delay these proceedings. The Parties will submit a separate stipulation

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
775.785.5440

and proposed order extending the deadline for the parties to hold the discovery conference under Rule 26(f) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: January 23, 2020 | Dated: January 23, 2020 |
| KNOWMAD LAW | SNELL & WILMER L.L.P. |

By: ___/s/ Christopher McElwain___
    Christopher R. McElwain (CA Bar 289132)
    *Admitted pro hac vice*
    484 Washington St., B-313
    Monterey, CA 93940

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Matthew D. Francis (NV Bar 6978)
Arthur A. Zorio (NV Bar 6547)
5371 Kietzke Lane
Reno, NV 89511

*Attorneys for Defendant Simon Bain*

By: ___/s/ Wayne Klomp___
    William E. Peterson (NV Bar 1528)
    C. Thomas Burton, Jr. (NV Bar 3030)
    Wayne Klomp, Esq. (NV Bar 10109)
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501-1961

*Attorneys for Plaintiff ShieldIO, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2020