William E. Peterson, Esq. (NV Bar 1528)
Wayne Klomp, Esq. (NV Bar 10109)
C. Thomas Burton, Jr., Esq. (NV Bar 3030)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Email: wpeterson@swlaw.com
   wklomp@swlaw.com
   tburton@swlaw.com
*Attorneys for Plaintiff ShieldIO, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIELDIO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SIMON I. BAIN, an individual, <br><br> Defendant. | Case No. 3:19-cv-00700-MMD-WGC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff ShieldIO, Inc., ("Plaintiff"), and Defendant Simon I. Bain ("Defendant" and jointly with Defendant, the "Parties") by and through their respective undersigned counsel of record, stipulate and agree that an order may be entered dismissing this, and each of the claims and causes of action herein, with prejudice, with each party to bear its own attorneys' fees and costs.

///

///

///

///

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

Dated:  April 20, 2020

KNOWMAD LAW

By: */s/ Christopher McElwain*
    Christopher R. McElwain (CA Bar 289132)
    *Admitted pro hac vice*
    484 Washington St., B-313
    Monterey, CA 93940

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Matthew D. Francis (NV Bar 6978)
Arthur A. Zorio (NV Bar 6547)
5371 Kietzke Lane
Reno, NV 89511

*Attorneys for Defendant Simon Bain*

Dated:  April 20, 2020

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
    William E. Peterson (NV Bar 1528)
    C. Thomas Burton, Jr. (NV Bar 3030)
    Wayne Klomp, Esq. (NV Bar 10109)
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501-1961

*Attorneys for Plaintiff ShieldIO, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 23, 2020

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 22, 2020.

                                           */s/ Lara J. Taylor*
                                           An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
775.785.5440